UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 21-954-KK** | Date: | June 3, 2022 |

Title: ***Orlando Garcia v. Group XIII Properties LP, et al.***

---

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DONNISHA BROWN | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders

On February 2, 2021, Plaintiff Orlando Garcia ("Plaintiff") filed a Complaint for damages and injunctive relief for violations of the Americans With Disabilities Act and the Unruh Civil Rights Act against Defendants Group XIII Properties LP and Group XIII Properties, Inc. ("Defendants").  ECF Docket No. ("Dkt.") 1.  On April 12, 2021, Defendants filed an Answer.  Dkt. 12.  On May 28, 2021, the Court approved the parties' consent to proceed before the undersigned United States Magistrate Judge for all purposes.  Dkt. 21.

On June 8, 2021, the Court issued a Civil Trial Scheduling Order requiring the parties to participate in a mediation no later than May 16, 2022.  Dkt. 25.  In addition, the parties were ordered to file a Joint Report regarding the outcome of the mediation, the likelihood of possible further discussions, and any assistance the Court may provide with regard to settlement negotiations "**not later than seven (7) days after**" the mediation.  Id. at 4:17-20 (emphasis in original).

The parties' Joint Report was, thus, due no later than May 23, 2022.  The parties have failed to file a Joint Report.  The parties are therefore in violation of the June 8, 2021 Order.

Consequently, under Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for lack of prosecution or for failure to comply with any court order.  See FED. R. CIV. P. 41(b).  However, before dismissing this action, the Court will afford Plaintiff an opportunity to explain his failure to file the required report as directed by this Court's June 8, 2021 Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and/or comply with court orders. Plaintiff shall have **up to and including June 10, 2022** to respond to this Order. Plaintiff may discharge this Order to Show Cause by filing the required Joint Report **by June 10, 2022**.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.** See FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**